NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644
PETER WALKINGSHAW
Assistant United States Attorney
United States Attorney's Office
400 South Virginia, Suite 900
Reno, Nevada 89501
775-784-5438
Peter.Walkingshaw@usdoj.gov

*Attorneys for Plaintiff*
*The United States of America*



```
       FILED          RECEIVED
       ENTERED        SERVED ON
              COUNSEL/PARTIES OF RECORD

              JUN 2 5 2020

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:20-cr-00026-MMD-WGC |
| Plaintiff, | INDICTMENT FOR VIOLATION OF: |
| v. | Title 8, United States Code, Section 1326(a) and (b) – Deported Alien Found in United States |
| GUSTAVO CARRILLO-LOPEZ, aka "Ismael Lopez," aka "Frigido Faldez," aka "Flaco Carrillo," aka "Gustavo Faldez," aka "Gustavo Frederico," aka "Gustavo Valdez," aka "Antonio Valdivia," Defendant. | |

THE GRAND JURY CHARGES THAT:

<u>COUNT ONE</u>
Deported Alien Found in United States
(8 U.S.C. § 1326(a) and (b))

On or about June 14, 2019, in the State and District of Nevada,

GUSTAVO CARRILLO-LOPEZ,
aka "Ismael Lopez,"

1

aka "Frigido Faldez,"
aka "Flaco Carrillo,"
aka "Gustavo Faldez,"
aka "Gustavo Frederico,"
aka "Gustavo Valdez,"
aka "Antonio Valdivia,"

defendant herein, an alien, was found in the United States after having been deported and removed therefrom on or about March 1, 1999, and February 28, 2012, having reentered and remained in the United States, and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security, to reapply for admission into the United States, all in violation of Title 8, United States Code, Section 1326(a) and (b).

A TRUE BILL:

/S/
_____
FOREPERSON OF THE GRAND JURY

NICHOLAS A. TRUTANICH
United States Attorney

_____
PETER WALKINGSHAW
Assistant United States Attorney