## Gustavo Carrillo-Lopez 3:20-cr-00026-MMD-WGC

## **Motion to Dismiss**

Exhibit A - Hernandez declaration · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · 001
Exhibit B - Immigration Committee Report · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · 010
Exhibit C - CR House 3614 Feb. 16 1929 · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · 100
Exhibit D - CR House 5887 April 8 1924 · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · 109
Exhibit E - CR House 2818 Feb 9 1928· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · 125
Exhibit F - CR House 2462 Feb 3 1928· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · 128
Exhibit G - Immigration Committee Report Jan 12 1926 · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · 131
Exhibit H - Senate Report · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · 167
Exhibit I - SR 5094 Jan 23 1929· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · 170
Exhibit J - House Report No. 2397 Deportation of Aliens Feb. 6 1929_ · · · · · · · · · · · · · · · · · · · · · · · · · 172
Exhibit K - March 4 1929 law · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · 187
Exhibit L - Hernandez CV · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · 190
Exhibit M - Gonzalez O'Brien CV· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · 206
Exhibit N - Docs of conviction · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · 217