UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>　v.<br>SAUD ALESSA,<br><br>　　　　　　　　Defendant. | Case No. 3:19-cr-00010-MMD-WGC |
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>　v.<br>WYATT ELMS,<br><br>　　　　　　　　Defendant. | Case No. 3:20-cr-00021-MMD-CLB |
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>　v.<br>GUSTAVO CARRILLO-LOPEZ,<br><br>　　　　　　　　Defendant. | Case No. 3:20-cr-00026-MMD-WGC<br><br>ORDER |

The Court granted in part a motion for access to jury selection records and materials in *United States v. Knight*, Case No. 3:19-cr-00038-MMD-CLB, ECF No. 68 (D.

Nev. Oct. 20, 2020) (the "Order"). The above-referenced cases each contain a similar motion for the same jury selection records and materials. (*United States v. Alessa,* Case No. 3:19-cr-00010-MMD-WGC (ECF No. 107); *United States v. Elms,* Case No. 3:20-cr-0021-MMD-CLB (ECF No. 31); *United States v. Carrillo*-Lopez, Case No. 3:20-cr-00026-MMD-WGC (ECF No. 25.) The Court grants in part and denies in part these three motions in the same way as provided for, and for the reasons stated, in the Order. The Court hereby incorporates by reference the Order from *Knight* and directs the Clerk of Court to provide the requested information in the above-referenced cases following the same procedures provided for in the Order.

DATED THIS 20th Day of October 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE