UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 3:20-CR-00026-MMD |
|---|---|
| Plaintiff, | |
| v. | **WAIVER OF RIGHT TO APPEAR IN PERSON AT CRIMINAL PROCEEDING** |
| GUSTAVO CARRILLO-LOPEZ, | |
| Defendant. | |

I understand that I have a right to appear in person in court at the Hearing on Motion to Dismiss in this case scheduled for January 22, 2021. I have been advised of the nature of this proceeding and my right to appear in person at this proceeding. I have been informed that I may appear by video teleconference, or telephone conference if video conference is not reasonably available, in light of the spread of COVID-19 in the District of Nevada in order to protect my health and safety, as well as those of the attorneys, the court and court staff.

Understanding my right to appear in person at this proceeding, I knowingly and voluntarily waive my right to appear at this proceeding in person, and I consent to appear by video teleconference, or telephone conference if video conference is not reasonably available. I consulted with my attorney prior to deciding to waive my right to appear in person at this proceeding.

_/s/Gustavo Carrillo-Lopez_            1/20/2021
Defendant's Signature                    (date)

_/s/Lauren D. Gorman_            1/20/2021
Signature of Defendant's Attorney    (date)

Lauren D. Gorman
Printed Name of Defendant's Attorney

_[signature]_            1/22/2021
Judge's Signature                    (date)

Miranda M. Du, Chief U.S. District Judge
Judge's Printed Name and Title