# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

          Plaintiff,

v.

GUSTAVO CARILLO-LOPEZ,

          Defendant.

JUDGMENT PURSUANT TO ORDER (ECF No. 60)

3:20-CR-26-MMD-WGC

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X  **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Carrillo-Lopez's indictment (ECF No. 1) is dismissed. IT IS FURTHER ORDERED that the Defendant is acquitted, discharged, and is to be released from federal custody.

8/18/2021

Date

DEBRA K. KEMPI
Clerk

/s/ P. Vannozzi
Deputy Clerk