CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
ELIZABETH O. WHITE
Appellate Chief and
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438
Elizabeth.O.White@usdoj.gov
Attorneys for the United States

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 3:20-cr-26-MMD-WGC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | GOVERNMENT'S |
| GUSTAVO CARRILLO-LOPEZ, | ) | NOTICE OF APPEAL |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to 18 U.S.C. § 3731, the United States files this notice of appeal to the United

States Court of Appeals for the Ninth Circuit from the district court's August 18, 2021, order

granting the defendant's motion to dismiss (ECF No. 60) and from its August 18, 2021, judgment

(ECF No. 61), in the above-captioned case.

Dated: August 19, 2021

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ Elizabeth O. White
ELIZABETH O. WHITE
Appellate Chief and
Assistant United States Attorney

## <u>Certificate of Service</u>

I certify that service of the foregoing GOVERNMENT'S NOTICE OF APPEAL was made through the Court's electronic filing and notice system (CM/ECF).

Dated this 19th day of August, 2021.

/s/ *Elizabeth O. White*

ELIZABETH O. WHITE
Appellate Chief and
Assistant United States Attorney