UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

# DESIGNATION OF TRANSCRIPTS
# TO BE USED IN RECORD ON APPEAL

District Court Case Number: 3:20-cr-00026-MMD-WGC

Court of Appeals Case Number: 21-10233

Case Caption: *USA v. Gustavo Carrillo-Lopez*

_____ Transcripts are **NOT** required for this appeal.

The undersigned hereby designates the following transcripts to be used in the record on appeal for the above listed case and appeal:

| Date of Hearing | Docket Number | Proceeding | Recorder/Reporter | Transcript Filed Yes/No |
|---|---|---|---|---|
| 1/22/2021 | 39 | Motion Hearing | Margaret Griener | Yes/ECF 47 |
| 2/2/2021 | 48 | Evidentiary Hearing | Kathy French | Yes/ECF 49 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Date: 8/23/2021

s/ *Elizabeth O. White*
Signature

Elizabeth O. White
Print Name

Appellant
Appellant/Appellee