## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | No. 3:20-cr-00026-MMD-CSD |
|---|---|
| Plaintiff, | **Order for Issuance of Writ of Habeas Corpus Ad Prosequendum for GUSTAVO CARRILLO-LOPEZ (ID # 1231425)** |
| v. | |
| GUSTAVO CARRILLO-LOPEZ, | |
| Defendant. | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of GUSTAVO CARRILLO-LOPEZ before the United States District Court at Reno, Nevada, on or about March 17, 2025, at the hour of 9:00 a.m., a hearing for Calendar Call, and April 8, 2025 at the hour of 9:00 a.m. for Trial, before United States District Judge MIRANDA M. DU, and any further proceedings and from time to time and day to day thereafter, to appear before this Court until the completion of the prosecution of this case, until excused by the said Court..

DATED: January 22, 2025.



_____
HONORABLE CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE